**United States Bankruptcy Court**
**Southern District of Ohio**

In re  Maurizio G DiMichele
       Tonya L DiMichele                                    Case No.  2:12-bk-59067
                           Debtor(s)                        Chapter   13

## MOTION FOR VOLUNTARY DISMISSAL

NOW come debtors, Maurizio G. DiMichele and Tonya L. DiMichele, by and through their counsel and hereby move the court to voluntarily dismiss their Chapter 13 bankruptcy.

## MEMORANDUM IN SUPPORT

Debtor's filed this matter on October 20, 2012 and it was assigned Case No. 2:12-bk-59067. The debtors have had a reduction in income and would find it impossible to make the monthly payments. Further, debtors do not wish to continue with Chapter 13 and will be negotiating directly with their mortgage lender.

WHEREFORE, debtors wish to voluntarily dismiss this matter.

Dated: January 11, 2013

                                        */s/ Roger A. Isla*
                                        ROGER A. ISLA
                                        Attorney for Debtors
                                        3618 West Street
                                        Weirton, WV  26062
                                        304-914-3573
                                        304-224-1541 (fax)
                                        raisla@islalawoffices.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2013, a copy of the foregoing Motion for Voluntary Dismissal was served on the following registered ECF participants, electronically, through the court's ECF System at the e-mail addresses registered with the court:

1. United States Trustee

2. Jeffrey P. Norman

3. Roger A. Isla, Esquire

and on the following by regular U.S. Mail addressed to:

1. Maurizio G. and Tonya L. DiMichele
   22 Country Club Manor
   Cadiz, OH  43907

2. All creditors on the attached matrix

                                                */s/ Roger A. Isla*
                                                ROGER A. ISLA

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:12-bk-59067<br>Southern District of Ohio<br>Columbus<br>Fri Jan 11 15:17:00 EST 2013 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | United States Bankruptcy Court<br>170 North High Street<br>Columbus, OH 43215-2414 |
| Aargon Agency As Agent For Cash Land - Cash<br>Cash Land  Cash America  2Nds<br>8668 Spring Mountain Rd<br>Las Vegas, NV  89117-4113 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City OK  731268941 |
| Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | At&T<br>P.O. Box 6416<br>Carol Stream, IL 60197-6416 | Chase<br>201 N. Walnut St//De1-1027<br>Wilmington, DE 19801-2920 |
| Chase Card Services<br>PO Box 94014<br>Palatine, IL 60094-4014 | CitiMortgage<br>PO Box 6243<br>Sioux Falls, SD 57117-6243 | Citimortgage Inc<br>Po Box 9438<br>Gaithersburg, MD 20898-9438 |
| Dbs Financial<br>711 Johnston St<br>Akron, OH 44306-1235 | Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Department Stores National Bank/Visa<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH   430543025 | Discover Fin Svcs Llc<br>Po Box15316<br>Wilmington, DE 19850-5316 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Eos Cca<br>700 Longwater Dr<br>Norwell, MA 02061-1624 | Fidelity Properties In<br>Po Box 2055<br>Alliance, OH 44601-0055 |
| First Federal Credit C<br>24700 Chagrin Blvd Ste 2<br>Cleveland, OH 44122-5662 | Gen Recovery<br>Po Box 330<br>Scott Depot, WV 25560-0330 | Harrison Community Hospital<br>951 E. Market Street<br>Cadiz, OH 43907-9749 |
| Harrison County Court of Common Pleas<br>100 West Market Street<br>Cadiz, OH 43907-1132 | InSolve Recovery, LLC, c/o Capital Recovery<br>Dept 3203<br>PO BOX 123203<br>DALLAS, TX 75312-3203 | Lerner Sampson & Rothfuss<br>PO Box 5480<br>Cincinnati, OH 45201-5480 |
| LifeWay Credit Union<br>One LifeWay Plaza<br>Nashville, TN 37234-0193 | Lowes / MBGA / GEMB<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274-0281 |

| | | |
|---|---|---|
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Money Recovery Nationwide<br>Po Box 13129<br>Lansing, MI 48901-3129 | Nrthn Resol<br>Po Box 566<br>Amherst, NY 14226-0566 |
| Pierina DiMichele<br>222 Ridgeland Street<br>Steubenville, OH 43952 | Professnl Acct Mgmt In<br>Pam Po Box 391<br>Milwaukee, WI 53201-0391 | Revenue Group<br>3700 Park East Dr Ste 24<br>Beachwood, OH 44122-4343 |
| Trident Asset Manageme<br>5755 Northpoint Pkwy Ste<br>Alpharetta, GA 30022-1142 | Trinity Medical Center<br>Attn: David Werkin<br>1 Ross Park<br>Steubenville, OH 43952-2681 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Us Bk Rms Cc<br>101 5th St E Ste A<br>Saint Paul, MN 55101-1860 | Visa Dept. Stores<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Jeffrey P Norman<br>Chapter 13 Trustee<br>One Columbus<br>10 West Broad St<br>Suite 900<br>Columbus, OH 43215-3449 |
| Maurizio G DiMichele<br>22 Country Club Manor<br>Cadiz, OH 43907-9402 | Roger A Isla<br>Isla Law Offices<br>3618 West Street<br>Weirton, WV 26062-4539 | Tonya L DiMichele<br>22 Country Club Manor<br>Cadiz, OH 43907-9402 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>Po Box 168088<br>Irving, TX 75016 | (d)American Honda Finance Corporation<br>P.O. Box 168088<br>Irving TX  75016-8088 | Discover Financial Services<br>PO Box 30943<br>Salt Lake City, UT 84130-0943 |
| US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | (d)Us Bank<br>Attention: Bankruptcy Dept.<br>Po Box 5229<br>Cincinnati, OH 45201 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

End of Label Matrix
Mailable recipients    44
Bypassed recipients     1
Total                  45